| | |
|---|---|
| **GLUCK DANIEL ATKINSON LLP**<br>Craig C. Daniel (SBN 212588)<br>Justin L. Sowa (SBN 305002)<br>litigation@gluckdaniel.com<br>201 Mission Street, Suite 1330<br>San Francisco, CA 94105<br>Telephone: (415) 510-2509<br><br>*Attorneys for Defendants Jeffrey Smith, Modern Wellness, LLC, and Supermind Platforms, Inc.* | **LAW OFFICES OF JAMES D. PIERCE**<br>James D. Pierce.(SBN 324513)<br>jim@jamespierce.com<br>115 Guenther Street<br>Sugar Land, TX 77478<br>Telephone: (713) 650-0150<br><br>*Attorneys for Plaintiffs YOGA MASTERMIND, INC., YOGA MATERMIND, LTD., and RYAN ROCKWELL* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

link 31   JS-6

| | |
|---|---|
| YOGA MASTERMIND, INC.; YOGA MASTERMIND, LTD.; AND RYAN ROCKWELL,<br><br>            Plaintiffs,<br><br>       v.<br><br>JEFFREY SMITH; MODERN WELLNESS, LLC; AND SUPERMIND PLATFORMS, INC.,<br><br>            Defendants. | Case No. 8:22-cv-01582-HDV-ADS<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL**<br><br>Judge: Hernan D. Vera |

# [PROPOSED] ORDER

Having considered the Parties' Stipulation for Dismissal, this Court grants the Stipulation and orders that this action is dismissed with prejudice and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: 8/28/, 2023

_____
Hon. Hernan D. Vera